CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 23 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:06CR00095 |
| | ) | (CASE NO. 7:16CV81000) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| LAWRENCE MCCUTCHEON, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendant's pro se motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED WITHOUT PREJUDICE** as successive; a certificate of appealability is **DENIED** as to this ruling because defendant has not made the requisite showing of denial of a substantial right; and this § 2255 action is stricken from the active docket of the court.

ENTER: This 23rd day of June, 2016.

/s/ Glen E. Conrad
Chief United States District Judge